# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:    **Alma R. Garcia**

Case No.: _____

Judge: _____

Debtor(s)     Chapter:                    **13**

## CHAPTER 13 PLAN AND MOTIONS

☑ Original                    ☐ Modified/Notice Required          ☑ Discharge Sought
☑ Motions Included       ☐ Modified/No Notice Required     ☐ No Discharge Sought

Date:    **11/25/2015**

### THE DEBTOR HAS FILED FOR RELIEF UNDER
### CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS WILL BE AFFECTED.

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

### YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
### IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
### THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

### Part 1:  Payment and Length of Plan

   a.  The Debtor shall pay  **549.00  Monthly**  to the Chapter 13 Trustee, starting on  **December 1, 2015**   for approximately **60** months.

   b.  The Debtor shall make plan payments to the Trustee from the following sources:
        ☑      Future Earnings
        ☐      Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☐      Sale of real property
Description:
Proposed date for completion:      _____

☐      Refinance of real property
Description:
Proposed date for completion:      _____

☐      Loan modification with respect to mortgage encumbering property
Description:
Proposed date for completion:      _____

d.    ☐      The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.    ☐      Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection

a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Ernest A. Aponte, Esquire** | **Attorney Fees** | **2,448.00** |

## Part 4: Secured Claims

### a.  Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Ditech Financial, LLC** | **Single Family Home Location: 217 S. Liberty Street, Hammonton NJ 08037** | **10,000.00** | **0.00** | **10,000.00** | **1,764.17** |

### b.  Modification

1.)  The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **PNC Bank** | **2012 Chrysler Town and Country 120k miles Location: 217 S. Liberty Street, Hammonton NJ 08037** | **19,767.00** | **15,440.00** | **None** | **15,440.00** | **4.25** | **17,165.76** |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender
Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
**-NONE-**

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **-NONE-** | | |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

_____ Not less than $____ to be distributed *pro rata*

_____ Not less than ___ percent

__X__ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

3

## Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

## Part 7:  Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| Nationwide Acceptance/Bank of America | Single Family Home Location: 217 S. Liberty Street, Hammonton, NJ 08037 | 46,855.00 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| PNC Bank | 2012 Chrysler Town and Country 120k miles Location: 217 S. Liberty Street, Hammonton NJ 08037 | 15,440.00 | 4,327.00 |

## Part 8:  Other Plan Provisions

a. **Vesting of Property of the Estate**
- ☑ Upon Confirmation
- ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:

| | |
|---|---|
| 1) | **Trustee Commissions** |
| 2) | **Ernest A. Aponte, Esq. - Attorney Fees** |
| 3) | **Secured Claims** |
| 4) | **Lease Arrearages** |
| 5) | **Priority Claims** |
| 6) | **General Unsecured Claims** |

### d. Post-petition claims

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.

Date of Plan being modified:_____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| | |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes | ☐ No |
|---|---|---|

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date **November 25, 2015**      **/s/ Ernest A. Aponte, Esquire**

**Ernest A. Aponte, Esquire**
Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date: **November 25, 2015**     **/s/ Alma R. Garcia**

**Alma R. Garcia**
Debtor

Date: _____     _____

Joint Debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re:                                                              Case No. 15-32287-ABA
Alma R. Garcia                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1               Date Rcvd: Nov 30, 2015
                              Form ID: pdf901          Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2015.
db              +Alma R. Garcia,    217 S. Liberty Street,    Hammonton, NJ 08037-1672
515872414      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    Attn: Recovery Department,
                  4161 Piedmont Parkway,   Greensboro, NC 27410)
515872415       +Citibank/The Home Depot,    Attn: Centralized Bankruptcy,    P.O. Box 790040,
                  Saint Louis, MO 63179-0040
515872416        Comenity Bank/Apple Seeds,    Bankruptcy Department,    P.O. Box 182125,
                  Columbus, OH 43218-2125
515872418    ++++DITECH FINANCIAL, LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                 (address filed with court:  Ditech Financial, LLC,    332 Minnesota St Ste 610,
                  Saint Paul, MN 55101)
515872420       +PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
515872423       +Web Bank/Fingerhut,    215 South State Street,    Suite 800,    Salt Lake City, UT 84111-2339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: leah.bynon@usdoj.gov Nov 30 2015 21:22:08      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 30 2015 21:22:06      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515872419       +E-mail/Text: cowens@nationwideacceptance.com Nov 30 2015 21:22:33      Nationwide Acceptance,
                  105 Decker Ct. Suite 725,    Irving, TX 75062-2815
515872421       +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2015 21:16:49      Synchrony Bank/JcPenney,
                  Attn: Bankrupty Department,    P.O. Box 103104,    Roswell, GA 30076-9104
515872422       +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2015 21:17:17      Synchrony Bank/Walmart,
                  Attn: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                        TOTAL: 5


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515872417*      Comenity Bank/Apple Seeds,    Bankruptcy Department,    P.O. Box 182125,
                  Columbus, OH 43218-2125
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2015                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2015 at the address(es) listed below:
              Ernest A. Aponte   on behalf of Debtor Alma R. Garcia ernestaaponte@justice.com
                                                                              TOTAL: 1