UNITED STATES BANKRUPTCY COURT
DISTRICT OF New Jersey
Camden DIVISION

IN RE: Alma R. Garcia
a/k/a Alma Arroyo

CASE NO.: 15-32287-ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Ditech Financial LLC fka Green Tree Servicing LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Phone: 800-365-7107
Last Four Digits of Acct #: 3985

Court Claim # (if known): 6-1
Amount of Claim: $8,764.96
Date Claim Filed: 04/07/16

Phone: (888) 298-7785
Last Four Digits of Acct #: 9075

Name and Address where transferee payments should be sent (if different from above):

Phone:  800-365-7107
Last Four Digits of Acct #: 3985

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ *Aleisha Jennings*
Transferee/Transferee's Agent

Date: December 11, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>December 11, 2019</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

**Alma R. Garcia**
217 S. Liberty Street
Hammonton, NJ 08037

And via electronic mail to:

**Ernest A. Aponte**
Law Office of Ernest A. Aponte
1616 Pacific Avenue
Suite 408
Atlantic City, NJ 08401

**Isabel C. Balboa**
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

    RAS CRANE LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: <u>/s/ Jessica Norton</u>
    Email: jnorton@rascrane.com